# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES J. TURNER, JR.,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:10-CV-00631-RCJ-(VPC)

**ORDER**

Petitioner having submitted a motion for enlargement of time (second request) (#17), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (second request) (#17) is **GRANTED**. Respondents shall have through November 28, 2011, to file and serve a reply to the answer (#13).

Dated: This 14th day of October, 2011.

_____
ROBERT C. JONES
United States District Judge