# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES J. TURNER, JR.,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:10-CV-00631-RCJ-(VPC)

**ORDER**

    Respondents having submitted a motion for substitution of respondent (#20), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for substitution of respondent (#20) is **GRANTED**.  Renee Baker is substituted for E. K. McDaniel as respondent.

    DATED this 10th day of January, 2012.

                                                      ROBERT C. JONES
                                                    Chief United States District Judge